## FREENSY v. ADAMS.

Supreme Court.   Kent.   October, 1815.

*Clayton's Notebook, 55.*

PER CURIAM.   Let the cause be continued on payment of the costs of the term.